IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE WATKIINS, | ) | 4:05CV3094 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ***ORDER*** |
| v. | ) | |
| | ) | |
| JO ANN KINNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that Filing 44, the withdrawal of the appearance by Defendant's attorney, Timothy P. Sullivan, is approved and the entry of appearance by Maureen Hannon on behalf of Defendant is recognized and approved.

Dated: January 18, 2006.

BY THE COURT:


s/ F. A. Gossett
United States Magistrate Judge


13-327-16