IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE WATKINS, | ) | 4:05CV3094 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ***ORDER*** |
| v. | ) | |
| | ) | |
| JO ANN KINNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that Filing 49, the withdrawal of the appearance by Defendants' attorney, Maureen Hannon, is approved and the entry of appearance by David M. Handley on behalf of Defendants is recognized and approved.

Dated this 28th day of February 2006.

BY THE COURT:

S/F. A. Gossett
United States Magistrate Judge