IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAWRENCE WATKINS, | ) |
| | ) |
| Plaintiff, | )   4:05cv3094 |
| | ) |
| vs. | )   MEMORANDUM AND ORDER |
| | ) |
| JO ANN KINNEY, et al., | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on filing nos. 60 and 61, in which the plaintiff, Lawrence Watkins, a prisoner, states that the complaint in this action was filed by a prison legal aide without his permission, and the plaintiff moves for leave to amend the complaint. However, the plaintiff's signature appears on the complaint and on the original Application for Leave to Proceed In Forma Pauperis. In addition, I entered judgment in this action on March 22, 2006, and the case will not be reopened. As this court has previously ruled (filing no. 54), once a case has been dismissed, and the thirty-day time limit for appeal has expired, the case should not be reopened in the absence of any error by the court. Here no error by the court is apparent. Furthermore, the case was dismissed without prejudice, leaving open the possibility of a new case if the plaintiff so wishes.

IT IS THEREFORE ORDERED:

1. That filing nos. 60 and 61 are denied; and

2. That the plaintiff is requested to stop filing postjudgment motions asking in one form or another to reopen the above-entitled case.

January 12, 2007.            BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge